UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09cr2231-DMS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO CLARIFY JUDGMENT |
| v. | ) | |
| | ) | |
| JUAN FRANCISCO PARADA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon consideration of the Government's Ex Parte Motion to Clarify Judgment, the Amended Judgment and Commitment entered against Defendant Juan Francisco Parada and filed August 19, 2009, is clarified to reflect that the obligation to pay $1,555,556.82 in restitution to Sojitz Pla-Net Corporation in this case is joint and several with Defendant Vidal Espinosa's obligation to pay restitution to Sojitz Pla-Net Corporation in Case No. 08cr3984-JLS, but only up to the amount of Defendant Parada's restitution obligation of $1,555,556.82. Defendant Parada's obligation to pay restitution in this case is finished once a total of $1,555,556.82 has been paid by either or both defendants in either or both cases.

IT IS SO ORDERED.

DATED: November 13, 2009

HON. DANA M. SABRAW
United States District Judge